UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **THOMAS C. HOVIS,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) No.  **4:05CV1016-SNL** |
| **MUNICIPAL DIVISION, TWENTY-SECOND JUDICIAL CIRCUIT,** | ) ) ) ) |
| **Defendant.** | ) ) |

## ORDER

On June 28, 2005 plaintiff filed a complaint against "Municipal Division Twenty-Second Judicial Circuit, Room 105-1430 Olive St., St. Louis, Mo. 63103." The Municipal Division Twenty-Second Judicial Circuit is not an entity that can be sued.

**IT IS THEREFORE ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

Dated this  1st  day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE